IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY BUFORD, | ) | CV F 00 5284 AWI DLB |
| Plaintiff, | ) ) | ORDER DENYING MOTION FOR |
| v. | ) ) | TRANSMITTAL OF RECORDS AS MOOT |
| ANTHONY BELL, et al., | ) ) | |
| Defendant. | ) ) | (Document #151) |
| _____ | ) | |

    Plaintiff brought this action raising alleged violations of his civil rights. On September 30, 2004, the court granted Defendants' motion for summary judgment. On October 4, 2004, the Clerk of the Court entered judgment. On November 1, 2004, Plaintiff filed a notice of appeal. On December 16, 2004, Plaintiff filed a motion for the court to transmit certain records to the Ninth Circuit Court of Appeal. On February 23, 2005, the Clerk of the Court transmitted the records in this action to the Ninth Circuit.

    An administrative review of the docket in this action reveals that Plaintiff's December 16, 2004 motion has been administratively termed as an outstanding motion. Plaintiff's December 16, 2004 motion requesting the court transmit records to the Ninth Circuit was not a necessary motion. The Clerk of the Court automatically sent these records on February 23, 2005. It appears Plaintiff's motion has been administratively termed as outstanding because the court never issued an order resolving Plaintiff's unnecessary motion. To address this administrative anomaly, the court must resolve the motion.

1  The court ORDERS that Plaintiff's motion for the transmittal of the records to the Ninth
2  Circuit is DENIED as moot.

4  IT IS SO ORDERED.
5  **Dated:    September 6, 2005**            **/s/ Anthony W. Ishii**
   0m8i78                                     UNITED STATES DISTRICT JUDGE